```
RICHARD C. WATTERS, ESQ. - 060162
    RCWatters@mse-law.com
WILLIAM J. SEILER, ESQ. - 067475
    WJSeiler@mse-law.com
         LAW OFFICES OF
    MILES, SEARS & EANNI
   A PROFESSIONAL CORPORATION
       2844 FRESNO STREET
         P.O. BOX 1432
     FRESNO, CALIFORNIA 93716
     TELEPHONE (559) 486-5200
     FACSIMILE (559) 486-5240
```

Attorneys for **Plaintiff**

(SPACE BELOW FOR FILING STAMP ONLY)

FILED
2009 FEB 19 PM 1:46
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
RIVERSIDE

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

* * *

DAVID E. AGUILAR,

    Plaintiff,

vs.

MITSUBISHI CEMENT CORPORATION
DOE 1 THROUGH DOE 10,

    Defendants.

ED CV 09 - NO 00353 SGL (OPx)

**COMPLAINT FOR DAMAGES; AND DEMAND FOR JURY TRIAL**

**DEMAND FOR JURY TRIAL**

Pursuant to Rule 38(b) of the Federal Rules of Civil Procedure Plaintiffs hereby demand a trial by jury on all counts and as to all issues of their Complaint.

\* \* \* \* \*

**JURISDICTION AND VENUE**

1. The United States District Court has original jurisdiction under 28 U.S.C. Section 1332, in that it is a civil action between citizens of different states in which the matter in controversy exceeds, exclusive of costs and interest, seventy-five thousand dollars ($75,000.00).

*Complaint for Damages.wpd*

2. Plaintiff resides in the City of Riverside, State of California, and is a citizen of the State of California.

3. Defendant, MITSUBISHI CEMENT CORPORATION, was at all times and places mentioned herein, and now is, either a co-partnership, association or corporation, duly organized, formed, licensed to do business and doing business under and by virtue of the laws of the State of Delaware and having its principal place of business in the State of Nevada, and was doing business, under and by virtue of the laws of the State of California, and in the State of California.

4. Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. § 1391, in that the sole defendant is a corporation subject to personal jurisdiction in this District at the time the action is commenced, and is thus a resident of this District; and a substantial part of the events or omissions giving rise to the claim occurred within this District.

* * * * *

**PRELIMINARY ALLEGATIONS**

5. The defendants, and each of them, were the agents, servants, representatives and employees of the remaining defendants, and each of them, and were at all times herein acting within the purpose and scope of said agency, service, representation and employment.

//

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

Complaint for Damages.wpd

6. Plaintiff is unaware of the true names and capacities of defendants, DOE 1 through DOE 10, and therefore sues said defendants by fictitious names. Plaintiff will move to amend to insert the true names of said defendants when the true names, identities, and acts giving rise to their liability in regard to the above-entitled action, become known to plaintiff. Plaintiff is informed and believes and therefore alleges that each of the defendants designated herein as a DOE defendant is responsible in some manner for the events and happenings referred to herein, and for negligently and wrongfully causing injuries and damages to plaintiff as set forth herein.

## CAUSE OF ACTION

### Negligence

7. Plaintiff restates and reiterates each and all of the paragraphs and allegations set forth above, and makes them part of this cause of action as though fully set forth herein.

8. At all times herein mentioned, plaintiff was employed by Neal Trucking, Inc., the principal place of business of which is Riverside, California, and was acting in the course and scope of such employment as a truck driver.

9. On or about July 3, 2008, plaintiff was on the premises of MITSUBISHI CEMENT CORPORATION'S Cushenbury Plant located at or about 5808 State Highway 18, Lucerne Valley, County of San Bernardino, State of California,

- 3 -

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

Complaint for Damages.wpd

for purposes of obtaining a truckload of dry bulk cement; and at said time and place, defendants, and each of them, negligently owned, operated, managed, maintained, used and controlled said premises, and negligently provided plaintiff with unsafe equipment, to wit, a truck rack with a platform and cage for use by plaintiff in accessing the top of his truck trailer, which equipment was defective and unsafe in that it was bent, broken and incapable of remaining properly aligned with the trailer, and was without necessary guidance and instruction for its proper use, and without any warning of associated hazards, and was therefore unfit for its function as a safety device that would prevent a person such as plaintiff from falling from the trailer; and as a direct and proximate result of said negligence and defective and unsafe equipment, plaintiff was caused to fall from the top of his trailer to the ground and sustain injuries as described herein.

10. That as a direct and proximate result of the acts, conduct, and omissions of said defendants, and each of them, and of the negligent furnishing of defective and unsafe equipment to plaintiff without proper guidance or warning by defendants, plaintiff suffered severe and painful injuries including, but not limited to, bilateral frontal intraparenchymal hemorrhages, right frontal contusion, left subdural hemorrhage, left temporal bone fracture with hemotympanum, acute left rib fracture, nondispaced T10 vertebral body fracture, a left

- 4 -

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

Complaint for Damages.wpd

transverse process T11 fracture, and left pneumothorax; additionally, he was found to have old left posterior 7 through 10 rib fractures; hemotympanum; continued short term memory deficit; together with bruises and contusions about the body, and plaintiff has been made to endure and will continue to endure great physical pain and mental suffering and has been totally impaired in his physical capacity, all of which will result in certain total and permanent physical disabilities, all to plaintiff's general damages in an amount in excess of the jurisdiction of this Court.

11. As a further direct and proximate result of the acts, conduct and omissions of the defendants, and each of them, plaintiff was required to and did employ physicians, surgeons and nurses to examine, treat and care for him, including hospitalization and did incur medical and incidental expenses in an amount not known to him, and plaintiff is informed and believes and upon such information and belief alleges, that he will incur additional such expenses in the future in an amount within the jurisdiction of this Court.

12. As a further direct and proximate result of the acts, conduct and omissions of the defendants, and each of them, plaintiff was prevented from pursuing his usual occupation and activities, and plaintiff is informed and believes, and upon such information and belief alleges, that he will be prevented from pursuing his usual occupation and activities in the future, all to his

- 5 -

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

Complaint for Damages.wpd

1 | damage in an amount within the jurisdiction of this
2 | Court.
3 |     Wherefore, plaintiff prays judgment against
4 | defendants, and each of them, as follows:
5 |     a. General damages, according to proof;
6 |     b. Medical and incidental expenses, according to proof;
8 |     c. All losses because plaintiff will not be able to pursue his usual occupation and activities, according to proof;
10 |     d. For costs of suit herein;
11 |     e. For prejudgment interest; and
12 |     f. For such other and further relief as the court deems just and proper.

14 | DATED: February 17, 2009.

Richard C. Watters
A Member of Miles, Sears & Eanni, APC
Attorneys for Plaintiff

- 6 -

LAW OFFICES OF
MILES, SEARS & EANNI
A PROFESSIONAL CORPORATION
2844 FRESNO STREET
POST OFFICE BOX 1432
FRESNO, CALIFORNIA 93716

Complaint for Damages.wpd

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge Stephen G. Larson and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

### EDCV09- 353 SGL (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

================================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [ ] Western Division | [ ] Southern Division | [X] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| DAVID E. AGUILAR; | CASE NUMBER |
| --- | --- |
| PLAINTIFF(S) v. | ED CV 09 - 00353 SGL (OPx) |
| MITSUBISHI CEMENT CORPORATION DOE 1 THROUGH DOE 10, | SUMMONS |
| DEFENDANT(S). | |

TO: DEFENDANT(S): __MITSUBISHI CEMENT CORPORATION__

A lawsuit has been filed against you.

Within __20__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☒complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, __RICHARD C. WATTERS, ESQ.__, whose address is __2844 FRESNO STREET/P.O. BOX 1432, FRESNO, CA  93716__. If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

TERRY NAFISI

Clerk, U.S. District Court

Dated: __FEB 19 2009__     By: __K. MURRAY__
                              Deputy Clerk
                              (Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States. Allowed 60 days by Rule 12(a)(3)].*

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## CIVIL COVER SHEET

**I (a) PLAINTIFFS** (Check box if you are representing yourself ☐)
DAVID E. AGUILAR

**DEFENDANTS**
MITSUBISHI CEMENT CORPORATION
DOE 1 THROUGH DOE 10,

**(b)** Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.)
Telephone: (559) 486-5200
RICHARD C. WATTERS, ESQ.
MILES, SEARS & EANNI
P.O. BOX 1432, FRESNO, CA 93716

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an X in one box only.)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☒ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☒ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify):
- ☐ 6 Multi-District Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT: JURY DEMAND:** ☒ Yes ☐ No (Check 'Yes' only if demanded in complaint.)
**CLASS ACTION under F.R.C.P. 23:** ☐ Yes ☒ No
☒ **MONEY DEMANDED IN COMPLAINT: $ OVER $75,000.00**

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
28 U.S.C. Section 1332 Diversity

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☒ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/Exchange | ☐ 160 Stockholders' Suits | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 190 Other Contract | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Accommodations | | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 195 Contract Product Liability | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 630 Liquor Laws | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | ☐ 196 Franchise | IMMIGRATION | ☐ 445 American with Disabilities - Employment | ☐ 640 R.R. & Truck | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | REAL PROPERTY | ☐ 462 Naturalization Application | ☐ 446 American with Disabilities - Other | ☐ 650 Airline Regs | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 210 Land Condemnation | ☐ 463 Habeas Corpus-Alien Detainee | ☐ 440 Other Civil Rights | ☐ 660 Occupational Safety /Health | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 220 Foreclosure | ☐ 465 Other Immigration Actions | | ☐ 690 Other | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 230 Rent Lease & Ejectment | | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determination Under Equal Access to Justice | ☐ 240 Torts to Land | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 245 Tort Product Liability | | | | ☐ 871 IRS-Third Party 26 USC 7609 |
| | ☐ 290 All Other Real Property | | | | |

ED CV 09 - 00353 SGL (OPX)

**FOR OFFICE USE ONLY:** Case Number: _____

AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.

CV-71 (05/08)     CIVIL COVER SHEET    FEB 19 2009     Page 1 of 2

UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
CIVIL COVER SHEET

**VIII(a). IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed? ☒ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b). RELATED CASES:** Have any cases been previously filed in this court that are related to the present case? ☒ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A. Arise from the same or closely related transactions, happenings, or events; or
☐ B. Call for determination of the same or substantially related or similar questions of law and fact; or
☐ C. For other reasons would entail substantial duplication of labor if heard by different judges; or
☐ D. Involve the same patent, trademark or copyright, <u>and</u> one of the factors identified above in a, b or c also is present.

**IX. VENUE:** (When completing the following information, use an additional sheet if necessary.)

(a) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☐ Check here if the government, its agencies or employees is a named plaintiff. If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| RIVERSIDE COUNTY | |

(b) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐ Check here if the government, its agencies or employees is a named defendant. If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| | STATE OF NEVADA |

(c) List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
Note: In land condemnation cases, use the location of the tract of land involved.

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| SAN BERNARDINO COUNTY | |

* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties
Note: In land condemnation cases, use the location of the tract of land involved

X. SIGNATURE OF ATTORNEY (OR PRO PER): _____  Date **FEBRUARY 17, 2009**

**Notice to Counsel/Parties:** The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed but is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet. (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended. (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |