1 | Guy R. Gruppie (SBN 155437)
  | ggruppie@murchisonlaw.com
2 | Mhare O. Mouradian (SBN 233813)
  | mmouradian@murchisonlaw.com
3 | **MURCHISON & CUMMING, LLP**
4 | 801 South Grand Avenue, 9th Floor
5 | Los Angeles, California  90017-4613
  | Telephone: (213) 623-7400
6 | Facsimile: (213) 623-6336

7 | Attorneys for Defendant, MITSUBISHI CEMENT CORPORATION

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, EASTERN DIVISION

| | |
|---|---|
| DAVID E. AGUILAR,<br><br>         Plaintiff,<br><br>   vs.<br><br>MITSUBISHI CEMENT CORPORATION, DOE I THROUGH DOE 10,<br><br>         Defendants. | CASE NO. EDCV09-00353 JRG (OPx)<br><br>**STIPULATION FOR DISMISSAL AND ORDER**<br><br><br><br>Complaint Filed: February 19, 2009 |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1
STIPULATION FOR DISMISSAL AND ORDER

**IT IS HEREBY STIPULATED** by and between the parties to this action, through their respective attorneys of record that the above-captioned action can be and hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41-1.

DATED: May 6, 2010          MILES, SEARS & EANNI

By: _____
Richard C. Watters
William J. Seiler
Attorneys for Plaintiff, DAVID E. AGUILAR

DATED: May 6, 2010          MURCHISON & CUMMING, LLP

By: _____
Guy R. Gruppie
Mhare O. Mouradian
Attorneys for Defendant, MITSUBISHI CEMENT CORPORATION

1.

2. **ORDER**

IT IS SO ORDERED.

DATED: _____, 2010

_____
HON. JUDGE JOSEPH R. GOODWIN
United States District Judge

J:\GRG\20260\PLD\Stipulation for Dismissal and Order

1

2   **IT IS HEREBY STIPULATED** by and between the parties to this action,

3   through their respective attorneys of record that the above-captioned action can be and

4   hereby is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41-1.

5

6   DATED: May 6, 2010                    **MILES, SEARS & EANNI**

7

8                                         By: _____
                                              Richard C. Watters
9                                             William J. Seiler
                                              Attorneys for Plaintiff, DAVID E.
10                                            AGUILAR

11

12  DATED: May 6, 2010                    **MURCHISON & CUMMING, LLP**

13                                        *[signature]*

14                                        By: _____
                                              Guy R. Gruppie
15                                            Mhare O. Mouradian
                                              Attorneys for Defendant, MITSUBISHI
16                                            CEMENT CORPORATION

17

18                                        **ORDER**

19

20

21  IT IS SO ORDERED.

22  DATED:_____, 2010            _____

23                                        HON. JUDGE JOSEPH R. GOODWIN
                                          United States District Judge
24

25  J:\GRG\29266\PLD\Stipulation for Dismissal and Order

26

27

28

## CERTIFICATE OF SERVICE

This is to certify that the foregoing STIPULATION FOR DISMISSAL AND ORDER was filed with the Court electronically this 10th day of May, 2010. All parties may access this pleading via the Court's electronic filing system.

At the time of filing, I was over 18 years of age and not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 801 S. Grand Avenue, 9th Floor, Los Angeles, California 90017.

I declare under penalty of perjury under the laws of the United States of American that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the filing was made.

*Linda G. Erickson*
Linda G. Erickson